IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES M. DANIELS,                         :
          Petitioner,                     :
          v.                              : Civil Action No. 06-133J
DAVID GOOD, SUPERINTENDENT,               :
S.C.I. CRESSON, and the ATTORNEY          :
GENERAL OF MARYLAND,                      :
          Respondent                      :

MEMORANDUM ORDER

          This matter was referred to Magistrate Judge Keith A.
Pesto for pretrial proceedings in accordance with the Magistrates
Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule
72.1 for Magistrate Judges.

          On June 13, 2006, the Magistrate Judge filed a Report and
Recommendation, docket no. 5, recommending that the matter be
transferred to the United States District Court for the District
of Maryland.

          The petitioner was notified that pursuant to 28 U.S.C.§
636(b)(1), he had ten days to serve and file written objections to
the Report and Recommendation.  Petitioner filed objections on June
19, 2006, docket no. 6, which I have reviewed de novo but reject.

          After de novo review of the record of this matter,
together with the Report and Recommendation and the timely
objections thereto, the following order is entered:

AND NOW, this __30th__ day of June, 2006, it is

ORDERED that, pursuant to 28 U.S.C.§ 1404(a), the Clerk

shall forthwith transfer this matter to the United States District

Court for the District of Maryland for all further proceedings.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

cc:     James M. Daniels GQ-9087
        S.C.I. Cresson
        P.O. Box A
        Cresson, PA 16699-0001